**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Lee Hoyt,** | : |
| | : |
| | : **Civil Action No.: 3:13-cv-01342-WWE** |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **Asset Recovery Solutions, LLC; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Lee Hoyt ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: December 30, 2013**

                **Respectfully submitted,**

                **PLAINTIFF, Lee Hoyt**

                <u>**/s/ Sergei Lemberg**</u>

                **Sergei Lemberg, Esq.**
                **LEMBERG LAW L.L.C.**
                **1100 Summer Street, 3rd Floor**
                **Stamford, CT 06905**
                **Telephone: (203) 653-2250**
                **Facsimile:  (203) 653-3424**
                **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg

                                              Sergei Lemberg